**Edwin A. LOWELL, Relator,**

v.

**LEE STAMPING and Chubb & Son, Respondents,**

**and**

**Lee Stamping and Federated Mutual Insurance Co., Respondents,**

**and**

**Special Compensation Fund.**

**No. C9–03–212.**

Supreme Court of Minnesota.

April 29, 2003.

David G. Johnson, Minneapolis, MN, for Edwin A. Lowell.

Howard Y. Held, Minneapolis, MN, for Lee Stamping, Inc.

Steven E. Sullivan, Fitch, Johnson, Larson, Walsh & Held, P.A., Minneapolis, MN, for Federated Mutual Insurance Company.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 6, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Sam Hanson
Associate Justice